■ In the Matter of LESLEE STEARNS, Appellant, v ANTHONY BAXTER, SR., Respondent. (And Another Related Proceeding.) [669 NYS2d 738] —Appeal from an order of the Family Court of Ulster County (Traficanti, Jr., J.), entered January 15, 1997, which, *inter alia*, in two proceedings pursuant to Family Court Act article 6, denied petitioner's application to relocate with the parties' child to another State.

Order affirmed, upon the opinion of Judge Joseph J. Traficanti, Jr.

Cardona, P. J., Mercure, White, Peters and Carpinello, JJ., concur. Ordered that the order is affirmed, without costs.